AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Robert P. Lynch | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 CV 4800 (NRM)(SJB) |
| Roman Catholic Diocese, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert P. Lynch.

Date: 06/29/2023

/s/ Christopher R. Neff
*Attorney's signature*

Christopher R. Neff, CN1655
*Printed name and bar number*

Moskowitz Colson Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
*Address*

cneff@mcgsllp.com
*E-mail address*

(212) 257-6455
*Telephone number*

*FAX number*