UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────── x
ROBERT P. LYNCH,

                                                                                 Index No.: 23-cv-04800

                        Plaintiff,

      -against-

ROMAN CATHOLIC DIOCESE OF BROOKLYN,
ST. RAPHAEL CATHOLIC PARISH, GOOD
SHEPHERD PARISH, and FATHER JAMES
K. CUNNINGHAM,


                        Defendants.
─────────────────────────────────── X

## DISCLOSURE STATEMENT

      This Disclosure Statement is filed on behalf of Plaintiff Robert P. Lynch in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a). Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

| | |
|---|---|
| <u>ROBERT P. LYNCH</u> | <u>Miami-Dade County, Florida</u> |
| Party Name | Citizenship |
| | |
| <u>ROMAN CATHOLIC DIOCESE OF BROOKLYN</u> | <u>Kings County, New York</u> |
| Party Name | Citizenship |
| | |
| <u>ST. RAPHAEL CATHOLIC PARISH</u> | <u>Queens County, New York</u> |
| Party Name | Citizenship |

| | |
|---|---|
| <u>GOOD SHEPHERD PARISH</u> | <u>Kings County, New York</u> |
| Party Name | Citizenship |
| | |
| <u>FATHER JAMES K. CUNNINGHAM</u> | <u>Queens County, New York</u> |
| Party Name | Citizenship |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: New York, New York
June 30, 2023

        **MOSKOWITZ, COLSON, GINSBERG & SCHULMAN LLP**

        By: <u>/s/</u>
           Peter R. Ginsberg
           Eylan Schulman
           Christopher Neff
           80 Broad Street, 19th Floor
           New York, New York 10004
           (212) 257-6455
           pginsberg@mcgsllp.com
           eschulman@mcgsllp.com
           cneff@mcgsllp.copm
           *Attorneys for Plaintiff*