**Randall Morrison Jr.**
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Tel: (212) 808-7544
RMorrison@KelleyDrye.com

March 20, 2026

**Via ECF**

The Honorable Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Robert P. Lynch v. Roman Catholic Diocese of Brooklyn et al.*,
Civ. Nos. 23-cv-04800 (NRM)(LKE), 23-cv-08687 (NRM)(LIKE)

Dear Judge Eshkenazi:

We represent defendant The Roman Catholic Diocese of Brooklyn, New York (the "Brooklyn Diocese") in the above referenced action. We write to request that the Court "So Order" a subpoena to the New York Police Department (the "NYPD"). The requested subpoena is attached hereto as **Exhibit A**.

On November 13, 2025, the Brooklyn Diocese served a subpoena on the NYPD requesting "[a]ll personnel and employee records regarding [Plaintiff] including, but not limited to, complete personnel file IAB records, pension records, CCRB records, transcripts of administrative proceedings and hearings, recordings of administrative proceedings and hearings, NYPD disciplinary trial records, and lawsuit records." The subpoena was validly issued pursuant to Rule 45, properly served via a process server (attached hereto as **Exhibit B**), and notice was provided to all parties (attached hereto as **Exhibit C**).

The subpoena required that the NYPD produce responsive documents by December 5, 2025. Because the NYPD did not timely respond to the subpoena, on January 15, 2026, the Brooklyn Diocese sent the NYPD a good faith letter requesting compliance by January 23, 2026. *See* **Exhibit D**. On February 25, 2026, the NYPD produced some, but not all, responsive documents in its possession in connection with the subpoena. Based on our communications with the NYPD, we understand that the remaining responsive documents will not be produced for several months. Given that the end of fact discovery is May 13, 2026, we respectfully request the Court "So Order" the subpoena to the NYPD to prioritize and expedite the NYPD's production of documents to the Brooklyn Diocese.

Respectfully,

Randall L. Morrison Jr.

Cc: All counsel of record (via ECF)