# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ROBERT P. LYNCH,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF BROOKLYN, ST. RAPHAEL CATHOLIC PARISH, GOOD SHEPHERD PARISH, and FATHER JAMES K. CUNNINGHAM,<br><br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Case No.: 23-cv-04800-NRM-LKE |
| ROBERT P. LYNCH,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF BROOKLYN, ST. RAPHAEL CATHOLIC PARISH, and FATHER JAMES I. FROST,<br><br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Case No.: 23-cv-08687-NRM-LKE |

**NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendant the Roman Catholic Diocese of Brooklyn (the "Brooklyn Diocese"), by and through its undersigned counsel, Kelley Drye & Warren LLP, hereby gives notice of its intention to serve upon the New York Police Department Legal Bureau the attached subpoena to produce documents on December 5, 2025, at 10:00 AM at the offices of Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007.

Dated: November 12, 2025

KELLEY DRYE & WARREN LLP

By: /s/ Randall L. Morrison, Jr.
Randall L. Morrison, Jr.

3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel.: (212) 808-7800
Fax: (212) 808-7897
rmorrison@kelleydrye.com

*Attorney for Defendant*
*the Brooklyn Diocese*

# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

ROBERT P. LYNCH
*Plaintiff*
v.
ROMAN CATHOLIC DIOCESE OF BROOKLYN, ST. RAPHAEL CATHOLIC PARISH, FATHER FROST, GOOD SHEPHERD PARISH, and FATHER CUNNINGHAM.
*Defendant*

Civil Action No. 1:23-cv-08687-NRM-LKE; 1:23-cv-04800-NRM-LKE

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: New York Police Department Legal Bureau
1 Police Plaza, New York, NY 10038

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All personnel and employee records regarding Robert Patrick Lynch (DOB 1/9/1976; shield #7218; tax #923452); including, but not limited to, complete personnel file, IAB records, pension records, CCRB records, transcripts of administative proceedings and hearings, recordings of administrative proceedings and hearings, NYPD disciplinary trial records, and lawsuit records.

| Place: 3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007 | Date and Time:<br>12/05/2025 10:00 am |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/12/2025

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* The Roman Catholic Diocese of Brooklyn, who issues or requests this subpoena, are:
Randall L. Morrison, Jr., 175 Greenwich Street, NY, NY 10007, (212) 808-7544, rmorrison@kelleydrye.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).