# EXHIBIT D

**Megan Weitekamp**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Tel: (212) 808-7731
MWeitekamp@KelleyDrye.com

January 15, 2026

**Via Mail**

New York Police Department Legal Bureau
Subpoena Litigation Unit
1 Police Plaza
New York, NY 10038

Re: Robert P. Lynch *v. Roman Catholic Diocese of Brooklyn, et. al.*,
Civ Nos. 1:21-cv-08687-NRM-LKE & 1:21-cv-04800-NRM-LKE

To Whom It May Concern:

We represent The Roman Catholic Diocese of Brooklyn, New York (the "Brooklyn Diocese") in the above-referenced actions. We write regarding the subpoena issued to the New York Police Department Legal Bureau on November 13, 2025 (the "Subpoena"). *See* Exhibit A.

The Subpoena vas validly issued pursuant to Rule 45 of the Federal Rules of Civil Procedure and properly served. It required compliance by no later than December 5, 2025. However, to date, we have not received a response to the Subpoena, nor have we received any communication from you evidencing an intent to respond or otherwise object.

We respectfully request that you contact us promptly to advise when compliance will be forthcoming, or to raise any objections so that we may attempt to resolve them without the need for court intervention. We remain willing to confer in good faith and to accommodate reasonable requests regarding the scope of the Subpoena and/or the time by which to respond to the Subpoena. Please let us know how you wish to proceed within seven (7) days of receipt of this letter.

Sincerely,

Megan Weitekamp

Cc: All counsel of record

# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

ROBERT P. LYNCH
*Plaintiff*
v.
ROMAN CATHOLIC DIOCESE OF BROOKLYN, ST. RAPHAEL CATHOLIC PARISH, FATHER FROST, GOOD SHEPHERD PARISH, and FATHER CUNNINGHAM.
*Defendant*

Civil Action No. 1:23-cv-08687-NRM-LKE; 1:23-cv-04800-NRM-LKE

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: New York Police Department Legal Bureau
1 Police Plaza, New York, NY 10038

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All personnel and employee records regarding Robert Patrick Lynch (DOB 1/9/1976; shield #7218; tax #923452); including, but not limited to, complete personnel file, IAB records, pension records, CCRB records, transcripts of administative proceedings and hearings, recordings of administrative proceedings and hearings, NYPD disciplinary trial records, and lawsuit records.

| Place: 3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007 | Date and Time:<br>12/05/2025 10:00 am |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/12/2025

*CLERK OF COURT*

OR

[signature]

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* The Roman Catholic Diocese of Brooklyn, who issues or requests this subpoena, are:
Randall L. Morrison, Jr., 175 Greenwich Street, NY, NY 10007, (212) 808-7544, rmorrison@kelleydrye.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## AFFIRMATION OF PROCESS SERVER

| **Case:** 1:23-cv-04800-NRM-LKE; 1:23-cv-08687-NRM-LKE | **Court:** United States District Court | **County:** Eastern District of New York | **Job:** 14576205 |
|---|---|---|---|
| **Plaintiff / Petitioner:** ROBERT P. LYNCH | | **Defendant / Respondent:** ROMAN CATHOLIC DIOCESE OF BROOKLYN | |
| **Received by:** Classic Legal Support | | **For:** Kelley Drye & Warren LLP | |
| **To be served upon:** New York Police Department Legal Bureau | | | |

I, Jolantyna Cagney, affirm and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** New York Police Department Legal Bureau
1 Police Plaza
New York, NY 10038

**Manner of Service:** Government Agency on Nov 13, 2025 at 11:38 am

**Documents:** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

**Additional Comments:**
Successful service on November 13, 2025 at 11:38 am upon New York Police Department Legal Bureau at 1 Police Plaza, New York, NY 10038 Documents were received by Mauspafa (IPAA) DESCRIPTION: Age: 32; Ethnicity: White; Gender: Female; Weight: 135; Height: 5'3"; Hair: Black.

I affirm this 13th day of November 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Jolantyna Cagney 11/13/2025

Jolantyna Cagney **Date**
(206-9396)

Classic Legal Support
2 Park Avenue 20th Floor
New York, NY 10016
646-522-7013