UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
ROBERT P. LYNCH,

PLAINTIFF,

-against-		Case No.: 23-cv-04800 (NRM)(LKE)

ROMAN CATHOLIC DIOCESE OF BROOKLYN, ST. RAPHAEL CATHOLIC PARISH, FATHER JAMES K. CUNNINGHAM and GOOD SHEPHERD PARISH,

DEFENDANTS.
-----------------------------------------X
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
ROBERT P. LYNCH,

PLAINTIFF,

-against-		Case No.: 23-cv-8687 (NRM)(LKE)

ROMAN CATHOLIC DIOCESE OF BROOKLYN, ST. RAPHAEL CATHOLIC PARISH, and FATHER JAMES I. FROST,

DEFENDANTS.
-----------------------------------------X
DATE: December 15, 2025
TIME: 10:00 A.M.

(VIDEOTAPED DEPOSITION OF OTTO GARCIA)

O. GARCIA

Q. Those are different locations?

A. Lloyd Harbor is Huntington. And then it moved to St. Joseph's Seminary in Yonkers.

Q. What were the years in each location, approximately?

A. Seminary was -- because New York had a seminary, Brooklyn had a seminary -- or Rockville Centre had a seminary. They were merged maybe ten years ago. The way time goes by, I presume about ten years ago.

Q. Was there any policy to delete or destroy any of the personnel records or any secret files after any period of time?

A. No.

Q. So there was no destruction deletion policy that was built into the diocese system?

A. No.

Q. Anything that started there should still be in there today?

A. Yes.

Q. What was the process that the

O. GARCIA

1:55? Oh. I'm sorry. 12:55. Sorry.

MR. FLYNN: I'm usually the one who's behind the times.

Q. So Monsignor Garcia, is there a procedure memorialized by the diocese that outlines how to address sexual misconduct allegations against priests?

A. Yes, there is.

Q. And when was that policy created?

A. The first time I believe it was concreted was around 1987. And then it was refined as years went by.

Q. Did you review a copy of that policy in connection with or prior to your testimony here today?

A. No, I did not.

Q. How many times was that policy updated? You said '87 is the first time?

A. '87. Maybe twice.

Q. When were the updates?

A. I can't recall what the updates would have been. But it would have been