Planet Depos
We Make It Happen™

# Transcript of Dr. J. Michael Ritty

**Date:** December 15, 2025
**Case:** Petrella -v- Roman Catholic Diocese of Brooklyn, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Is all that fair?
A Yes.
Q I'm also going to request that you refrain from using any other programs on your device besides the Zoom while we're on the record.
Can we agree to that?
A Yes.
Q Is there any reason you can think of why you wouldn't be able to testify accurately today?
A No.
Q And you understand the answers you're giving today are being given on behalf of the Diocese of Brooklyn?
A Yes.
Q And you understand your role here today entails testifying against to the information known or reasonably available to the Diocese of Brooklyn?
A Yes.
Q So what did you do to prepare to testify as to information known or reasonably available to the Diocese of Brooklyn for this deposition, keeping in mind, of course, that I don't hear about any conversations you had with

10:11:27 10:11:28 10:11:30 10:11:32 10:11:35 10:11:37 10:11:38 10:11:42 10:11:45 10:11:46 10:11:48 10:11:50 10:11:51 10:11:54 10:11:54 10:11:57 10:11:59 10:12:01 10:12:04 10:12:04 10:12:09 10:12:10 10:12:14 10:12:17 10:12:18

A The Review Board is a consulted body set up by the Diocese after 2004, that whereby they would help with the investigation of any allegations of misconduct and offer an opinion as to the, the semblance of truth in there and to -- and steps that a bishop might be able to take. 13:13:46 13:13:48 13:13:54 13:13:58 13:14:02 13:14:07

Q I'm going to go to page 115. Rolling to the top so you know what we're talking about. 13:14:18 13:14:22

This is an IRCP Claimant Summary Report for KH. And with regard to this on page 115, it discusses that this claim file was Father Frost's modus operandi. 13:14:29 13:14:32 13:14:50 13:14:53

Do you know what the modus operandi was that the report refers to? 13:14:56 13:14:59

MR. DOLINGER: Objection. 13:15:02

A No, I don't know. 13:15:03

Q There were in discovery rules and policies and procedures that were exchanged. I have a few questions about them. 13:15:22 13:15:27 13:15:30

Are familiar with these rules, the policies and procedures? 13:15:31 13:15:33

A Yes, I am. 13:15:34

Q Okay. So were there prior to 1979 policies and procedures that affected the Roman Catholic Diocese of Brooklyn? 13:15:37 13:15:48 13:15:51

12/15/25

Or were these the first written policies and procedures you are aware of?

A These are the first policies and procedures I'm aware of dealing with the priests of the Diocese.

Q Okay. And prior to these written policies being issued, how were priest personnel handled by the Diocese?

A Most specifically, I don't know.

Q Okay. We're going to go to page 31. Okay.

MR. DOLINGER: Page 31 of what? What are we --

MS. BONINA: Page 31 of the document, but it is -- it's, yes, page 31. As you can see, the Bates stamped document; okay?

MR. DOLINGER: Thank you.

MS. BONINA: You got it?

MR. DOLINGER: Yes.

BY MS. BONINA:

Q All right. And this covers the procedure to provide guidance and counseling when recommendable. In the paragraph here at the top, the introductory paragraph in this section, it refers to when it becomes evident that a priest's