IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

______________________________

ROBERT P. LYNCH,

Plaintiff,

v. Case No.

ROMAN CATHOLIC DIOCESE OF 23-cv-04800-NRM-LKE

BROOKLYN, ST. RAPHAEL CATHOLIC

PARISH, FATHER JAMES K.

CUNNINGHAM, and GOOD SHEPHERD

PARISH,

Defendants.

______________________________

______________________________

ROBERT P. LYNCH,

Plaintiff,

v. Case No.

ROMAN CATHOLIC DIOCESE OF 23-cv-08687-NRM-LKE

BROOKLYN, ST. RAPHAEL CATHOLIC

PARISH, and FATHER JAMES I.

FROST,

Defendants.

______________________________

J. RITTY

copy of that policy?

A Specifically, no. I don't know who -- who would have those copies.

MR. NEFF: All right. Just note in the transcript that I'm going to request production of those policies.

BY MR. NEFF:

Q Was there any policy as of the 1970s that dictated what allegations would be brought to the bishop?

A There are no such policies that I'm aware of that would provide that, no.

Q All right. And when I ask about policies, I'm asking both about written policies and, you know, sort of less formal policies, but expectations that could result in discipline if not followed?

MR. WHITE: Objection to form.

MS. CZECHOWSKI: Objection.

THE WITNESS: Yeah. I'm -- I'm not sure I understand all of that question. And if you could rephrase that, please.

//

J. RITTY

BY MR. NEFF:

Q Okay. So I understand from your -- withdrawn. Was there any kind of written rule or guidance regarding what allegations would be brought to the bishop in the 1970s?

MR. WHITE: Again, objection to form.

THE WITNESS: There are none that I would be aware of in the written policies.

BY MR. NEFF:

Q Between 1980 and 1985, was there any written policy?

A There are none that I'm aware of for that purpose.

Q Would the priest personnel document that we discussed a few moments ago contain guidance on what allegations needed to be brought to the bishop?

MR. JOSEPH: Objection as to form.

THE WITNESS: I don't recall anything being in that regarding that particular issue.

BY MR. NEFF:

Q Okay. Have you ever met or